## No. 3335.

A. ROCHEREAU & Co., Agents, v. MRS. BERTHA LEWIS and HUSBAND.

Where the suit is brought to recover from defendants the amount of five notes given by them in payment of the lease of certain property and where, when the suit was instituted, there was already an action pending in another court, between these defendants and plaintiffs, to annul said lease and cancel said notes, the plea of *lis pendens* is a good one and should have been maintained.

APPEAL from the Fourth District Court, parish of Orleans. *Théard,* J. *John H. Isley, E. Bermudez,* for plaintiffs and appellees. *B. R. Forman,* for defendants and appellants.

MORGAN, J. Plaintiffs sue to recover from the defendant $1000, amount of five notes for $200 each, given by them in payment of a lease of certain property. They excepted, first, that plaintiffs had shown no authority to represent their alleged constituents; and second, *lis pendens*.

*First*—In the contract of lease they recognized the plaintiffs' representative capacity. They can not now be allowed to question it.

*Second*—In May, 1870, the defendants instituted suit against the plaintiffs in the Sixth District Court to annul the lease which had been entered into between them, and to cancel the notes which they had

given therefor, the notes being the same upon which this suit is instituted. This suit was pending when the one now before us was instituted. The plea was a good one and should have been maintained. See Bischoff *v.* Theurer, 8 An. p. 15.

It is therefore ordered, adjudged and decreed that the judgment of the district court be avoided, annulled and reversed; that the exception of *lis pendens* be sustained and the suit dismissed, plaintiffs to pay the costs in both courts.